# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>TIA DEYON PUGH<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 20-mj-47<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 31, 2020 in the county of Mobile in the Southern District of Alabama, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 231(a)(3) | Civil Disorder Offense |

This criminal complaint is based on these facts:

See atttached affidavit.

☑ Continued on the attached sheet.

/s/ Arthur Paul Roche
*Complainant's signature*

Special Agent Arthur Paul Roche, FBI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: June 5, 2020

P. Bradley Murray U.S. Magistrate Judge
*Digitally signed by P. Bradley Murray U.S. Magistrate Judge, DN: cn=P. Bradley Murray U.S. Magistrate Judge, o=Southern District of Alabama, ou=United States District Court, email=efile_murray@alsd.uscourts.gov, c=US Date: 2020.06.05 13:40:55 -06'00'*

*Judge's signature*

City and state: Mobile, Alabama   Hon. P. Bradley Murray, U.S. Magistrate Judge
*Printed name and title*