IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No.  20-mj-47 |
| | * | |
| **TIA DEYON PUGH** | * | |

### MOTION TO SEAL CRIMINAL COMPLAINT DOCUMENTS

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the Criminal Complaint, Affidavit in Support of an Application for an Arrest Warrant, Arrest Warrant, Motion to Seal Criminal Complaint Documents, and Order on Motion to Seal Criminal Complaint Documents in the above-captioned matter until such time that the arrest warrant is executed and the defendant has attended her initial appearance hearing.

The FBI continues to investigate this matter, and there are other individuals who may also be charged. Making publicly available the information contained in these documents prior to the defendant's arraignment may hinder this ongoing investigation by allowing other potential targets to flee this jurisdiction.

Furthermore, the Affidavit in Support of an Application for an Arrest Warrant contains details of a matter that has received intense media scrutiny. This is a particularly sensitive investigation that the United States expects will generate significant media attention. Thus, it is likely that this matter will be widely covered prior to the defendant's arraignment if this motion is not granted. Accordingly, the United States requests this matter be sealed until such time that the the defendant has attended her initial appearance hearing.

WHEREFORE, the United States moves the Court to seal the case regarding the above-captioned matter until such time that the defendant has attended her initial appearance hearing.

Respectfully submitted this 4th day of June, 2020.

        RICHARD W. MOORE
        UNITED STATES ATTORNEY

By: */s/ Christopher J. Bodnar*
    CHRISTOPHER J. BODNAR
    Assistant United States Attorney
    United States Attorney's Office
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602